**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 6, 2016.**

In The

# Fourteenth Court of Appeals

## NO. 14-16-00193-CV

### ORTHOFIX, INC., Appellant

### V.

### DAVID C. WAGENSELLER, INMOTION MEDICAL, INC., NANCY BARNES AND DJO, LLC, Appellees

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2013-18401**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 5, 2016. On September 29, 2016, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Brown.